1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHAUN DARNELL GARLAND,                    No.  2:20-cv-01061-JAM-JDP P

12              Plaintiff,

13        v.                                   ORDER

14   LAURA ELDRIDGE, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 14, 2021, the magistrate judge filed findings and recommendations herein which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

23   findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 14, 2021, are adopted in full;

2. Defendants John Doe 1, John Doe 2, John Doe 3, and John Doe 4 are dismissed; and

3. This matter is referred back to the assigned Magistrate Judge to initiate service on defendant Flores.


DATED:  June 28, 2021                          /s/ John A. Mendez
                                               _____
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE