UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. FLORES,[1]<br><br>　　　　Defendant. | Case No.  2:20-cv-01061-JAM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE ORIGINAL CIVIL RIGHTS COMPLAINT<br><br>ECF No. 23 |

    Plaintiff has filed a document styled as a motion to file an original civil rights complaint directly with the court. ECF No. 23. In the filing, plaintiff generally complains that defendant Flores has been interfering with his ability to file documents and access the law library. *Id.* at 1-2. He also notes that he is having difficulty filing an action against Kathleen Allison, the Secretary of the California Department of Corrections and Rehabilitation, and other defendants. *Id.* Plaintiff, however, does not state what relief he is seeking.

    Service was only recently directed at Flores, who has not yet appeared in this action. Consequently, plaintiff does not currently need access to the law library to prepare a filing for this case. The court also notes that plaintiff has since been successful in filing an action in this court

---

[1] This action proceeds on the third amended complaint's First Amendment retaliation claim against defendant Flores. ECF No. 16; *see* ECF Nos. 19 & 24. Accordingly, the Clerk of the Court is directed to amend the case name to *Garland v. Flores*, 2:20-cv-01061-JAM-JDP.

1

against Allison and other defendants. *See Garland v. Allison*, 2:21-cv-00796-JAM-DMC. Thus, there is no basis for granting plaintiff's motion.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion, ECF No. 23, is denied.

2. The Clerk of Court is directed to amend the case name to *Garland v. Flores*, 2:20-cv-01061-JAM-JDP.

IT IS SO ORDERED.

Dated:   October 18, 2021                          _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE

2