UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | Case No. 2:20-cv-01061-JAM-JDP (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO CONDUCT DISCOVERY |
| v. | |
| C. FLORES, | ECF No. 34 |
| Defendant. | |

On December 27, 2021, the court referred this case to the Post-Screening Alternative Dispute Resolution ("ADR") Project and stayed this case for 120 days so that the parties could participate in a settlement conference.  ECF No. 33.  On the same date, plaintiff filed a motion seeking permission to commence discovery.  ECF No. 34.  In light of the case's referral to the court's ADR project, plaintiff's motion, ECF No. 34, is denied.  If the case does not settle, the court will issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated:   January 13, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE