# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>C. FLORES,<br><br>    Defendant. | Case No. 2:20-cv-01061-JAM-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING THE STAY<br><br>ECF No. 36 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On December 27, 2021, defendant filed a motion to opt out of the court's alternative dispute resolution program. ECF No. 36.

Good cause appearing, it is hereby ORDERED that defendant's motion, ECF No. 36, is granted, and the stay entered December 27, 2021, is lifted.

IT IS SO ORDERED.

Dated:   January 26, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE