UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>C. FLORES,<br><br>    Defendant. | Case No. 2:20-cv-01061-JAM-JDP (PC)<br><br>ORDER GRANTING THE PARTIES' MOTIONS FOR EXTENSIONS OF TIME<br><br>ECF Nos. 42 & 43 |

    Plaintiff has filed a motion for an extension of time to file a response to defendant's motion for summary judgment, ECF No. 42, and defendant has moved for an extension of time to respond to plaintiff's discovery request, ECF No. 43. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 42, is granted.

    2. Plaintiff shall file an opposition or statement of non-opposition to defendant's motion for summary judgment within seven days of the date of this order.

    3. Defendant's motion for an extension of time to serve responses to plaintiff's request for production of documents, ECF No. 43, is granted.

    4. Defendant shall serve responses by no later than June 16, 2022.

1
2  IT IS SO ORDERED.
3
4  Dated:   May 23, 2022                                    _____
                                                            JEREMY D. PETERSON
5                                                           UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28