IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUN DARNELL GARLAND,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**C. FLORES,**<br><br>                                    Defendant. | 2:20-CV-01061-JAM-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

    Defendant Flores moved to stay all discovery unrelated to the issue of exhaustion and to modify the discovery and scheduling order in this matter. After reviewing the motion, the Court finds good cause to **GRANT** the motion in its entirety.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.    Defendant's Motion to Stay Discovery and to Modify the Discovery and Scheduling Order is **GRANTED**;

    2.    Merits-based discovery unrelated to the issue of exhaustion is stayed pending the Court's resolution of Defendant's exhaustion based Motion for Summary Judgment; and

/ / /

/ / /

1

3. The current discovery and pleading deadlines are vacated. This Court shall issue an amended discovery and scheduling order after the resolution of Defendant's exhaustion-based Motion for Summary Judgment, if appropriate.

IT IS SO ORDERED.

Dated:   June 23, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2